IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JASON SHORE and COINABUL, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & BELL, LTD, an Illinois corporation,<br><br>Defendant. | Case No.:<br><br>1:16-cv-04363<br>Judge Milton I. Shadur<br>Magistrate Judge Susan E. Cox |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO TEMPORARILY SEAL

Having considered Plaintiffs Jason Shore's and Coinabul, LLC's ("Plaintiffs") Motion to Temporarily Seal, and good cause having been shown, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiffs' Motion for Leave to Temporarily Seal is hereby **GRANTED**;

2. The documents provisionally filed under seal by Plaintiffs—an unredacted copy of Plaintiff's Verified Class Action Complaint, Plaintiff's Motion for Temporary Restraining Order, and Plaintiff's Motion to Temporarily Seal, along with all related papers—shall remain under seal until further order of the Court.

Dated this ___ day of _____ 2016.

_____
HONORABLE
UNITED STATES DISTRICT JUDGE

RECEIVED
APR 15 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT