# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JASON SHORE and COINABUL, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & BELL, LTD, an Illinois corporation,<br><br>Defendant. | 1:16-cv-04363<br>Judge Milton I. Shadur<br>Magistrate Judge Susan E. Cox<br><br>**FILED**<br>APR 1 5 2016<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

## NOTICE OF MOTION

TO:  Johnson & Bell, LTD
     r/a Joseph R. Marconi
     33 W. Monroe Street, Suite 2700
     Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on _April 21_, 2016, at _9:15 am_, or as soon thereafter as counsel may be heard, we shall appear before the Hon. _Judge Shadur_, or any judge sitting in his/her stead in Courtroom _2303_ of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiffs' Motion for Temporary Restraining Order*, a copy of which is attached hereto and hereby served upon you.

Dated: April 15, 2016

                            JASON SHORE and COINABUL, LLC,
                            individually and on behalf of all others similarly situated,

                            By: _/s/ Jay Edelson_
                               One of Plaintiffs' Attorneys

                            Jay Edelson
                            jedelson@edelson.com
                            Benjamin Richman
                            brichman@edelson.com
                            Benjamin Thomassen
                            bthomassen@edelson.com
                            EDELSON PC
                            350 North LaSalle Street, 13th Floor

Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Firm ID: 44146


Todd Logan*
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: 415.234.5260
Fax: 415.373.9495

* *Pro Hac Vice* admission pending.

## CERTIFICATE OF SERVICE

    I, Jay Edelson, an attorney, hereby certify that on April 15, 2016, I will serve the above and foregoing *Notice of Plaintiffs' Motion for Temporary Restraining Order* by causing true and accurate copies of such paper to be hand-delivered to the registered agent of Defendant, Johnson & Bell, LTD, on this 15th day of April 2016.

*/s/ Jay Edelson*