**Edelson PC**

350 North LaSalle Street, 13th Floor, Chicago, Illinois 60654
t 312.589.6370 | f 312.589.6378 | www.edelson.com

April 20, 2016

**VIA HAND DELIVERY**

The Honorable Milton I. Shadur
Everett McKinley Dirksen
United States Courthouse
Chambers 2388
219 South Dearborn Street
Chicago, IL 60604



Re: *Shore, et al. v. Johnson & Bell, LTD*, Case No. 16-cv-04363
    **Complaint Filed Provisionally Under Seal Pursuant To L.R. 5.7**

Dear Judge Shadur:

Enclosed please find (1) courtesy copies of Attorney Appearance Forms for Plaintiffs' attorneys Jay Edelson, Rafey Balabanian, Ben Richman, Ben Thomassen, and Amir Missaghi, and (2) a Motion for Leave to appear *pro hac vice* for Plaintiffs' attorney Todd Logan.

Should Your Honor require any additional information or have any questions, please do not hesitate to contact me directly at (312) 572-7209.

Respectfully submitted,

EDELSON PC

Todd Logan

Chicago | San Francisco