

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Suppressed | ) | |
|     Plaintiff | ) | |
| | ) | Case No: 16 C 4363 |
| v. | ) | |
| | ) | Judge Milton I. Shadur |
| Suppressed | ) | |
|     Defendant | ) | |

### ORDER

Motion hearing held. Plaintiffs' motion for temporary restraining order is withdrawn without prejudice. Plaintiffs' motion to temporarily seal is granted. Motion of Todd Logan for leave to appear pro hac vice is granted. Defendant is given to 5/20/2016 to answer or otherwise plead.

Date: 4/21/2016            /s/ Judge Milton I. Shadur

(00:20)