**FILED**
5/26/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PK

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| JASON SHORE and COINABUL, LLC, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> JOHNSON & BELL, LTD, an Illinois corporation, <br><br> *Defendant*. | Case No.: 16-cv-04363 <br><br> **DOCUMENT FILED UNDER SEAL** <br><br> Hon. John W. Darrah <br><br> Magistrate Judge Susan E. Cox |

**NOTICE OF VOLUNTARY DISMISSAL AND OF
INTENT TO PURSUE REQUESTED UNSEALING OF CASE FILE**

**PLEASE TAKE NOTICE** that Plaintiffs Jason Shore and Coinabul, LLC ("Plaintiffs"),

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss their

individual claims and those of the putative class they seek to represent *without prejudice*. Federal

Rule of Civil Procedure 41(a) provides, in relevant part, that "the plaintiff may dismiss an action

without a court order by filing: (i) a notice of dismissal before the opposing party serves either an

answer or a motion for summary judgment…." Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, all

claims in this matter may be dismissed *without prejudice* and without an Order of the Court.

Notwithstanding the above dismissal, Plaintiffs wish to inform the Court that they will

continue to pursue the relief requested in their May 5, 2016 Motion to Unseal Case(the

"Motion"), and respectfully request that the presentment of the Motion remain on calendar as

previously scheduled. (*See* dkt. 3 (continuing presentment of Motion to June 9, 2016 at 9:30

a.m.).) If granted, the Motion would result in the unsealing of the case file in this matter and all

the documents contained therein—namely Plaintiffs' complaint, the motion for temporary

restraining order filed contemporaneously therewith and all orders entered by the courts presiding over the case. Because the public's (along with Plaintiffs' and each putative class member's) right to access the pleadings, orders and other filings in this matter is unaffected by the instant notice of voluntary dismissal, *see, e.g., United States, ex rel. Thomas Durham v. Prospect Waterproofing, Inc.*, 818 F. Supp.2d 64, 67 (D. D.C. Oct. 4, 2011) (unsealing case documents following plaintiff's voluntary dismissal), Plaintiffs may continue to pursue the Motion and hereby give notice of their intent to do so. *See Matter of Cont'l Illinois Sec. Litig.*, 732 F.2d 1302, 1308 (7th Cir. 1984) ("The public's right to access to judicial records has been characterized as 'fundamental to a democratic state,'" a presumption that "is of constitutional magnitude.") (citing collected cases).

Respectfully submitted,

**JASON SHORE** and **COINABUL, LLC,**
individually and on behalf of all others similarly
situated,

Dated: May 26, 2016

By: _____
          One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin Richman
brichman@edelson.com
Benjamin Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Firm ID: 44146

Todd Logan (admitted *pro hac vice*)
EDELSON PC
329 Bryant Street
San Francisco, California 94107

Tel: 415.234.5260
Fax: 415.373.9495
Firm ID: 44146

## CERTIFICATE OF SERVICE

I, Benjamin S. Thomassen, an attorney, hereby certify that on May 26, 2016, I will serve

the above and foregoing document by causing true and accurate copies of such paper to be

transmitted to the persons shown below by electronic mail.

Michael C. Bruck
*mcb@willmont.com*
Willis Tower
233 S. Wacker, Suite 6100
Chicago, Illinois 60606-6359
WILLIAMS, MONTGOMERY, & JOHN LTD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JASON SHORE and COINABUL, LLC, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHNSON & BELL, LTD, an Illinois corporation, <br><br> *Defendant*. | Case No.: 16-cv-04363 <br><br> **DOCUMENT FILED UNDER SEAL** <br><br> Hon. John W. Darrah <br><br> Magistrate Judge Susan E. Cox |

**RECEIVED**

MAY 2 6 2016

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

### NOTICE OF VOLUNTARY DISMISSAL AND OF
### INTENT TO PURSUE REQUESTED UNSEALING OF CASE FILE

**PLEASE TAKE NOTICE** that Plaintiffs Jason Shore and Coinabul, LLC ("Plaintiffs"),

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss their

individual claims and those of the putative class they seek to represent *without prejudice*. Federal

Rule of Civil Procedure 41(a) provides, in relevant part, that "the plaintiff may dismiss an action

without a court order by filing: (i) a notice of dismissal before the opposing party serves either an

answer or a motion for summary judgment...." Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, all

claims in this matter may be dismissed *without prejudice* and without an Order of the Court.

Notwithstanding the above dismissal, Plaintiffs wish to inform the Court that they will

continue to pursue the relief requested in their May 5, 2016 Motion to Unseal Case(the

"Motion"), and respectfully request that the presentment of the Motion remain on calendar as

previously scheduled. (*See* dkt. 3 (continuing presentment of Motion to June 9, 2016 at 9:30

a.m.).) If granted, the Motion would result in the unsealing of the case file in this matter and all

the documents contained therein—namely Plaintiffs' complaint, the motion for temporary

restraining order filed contemporaneously therewith and all orders entered by the courts presiding over the case. Because the public's (along with Plaintiffs' and each putative class member's) right to access the pleadings, orders and other filings in this matter is unaffected by the instant notice of voluntary dismissal, *see, e.g.*, *United States, ex rel. Thomas Durham v. Prospect Waterproofing, Inc.*, 818 F. Supp.2d 64, 67 (D. D.C. Oct. 4, 2011) (unsealing case documents following plaintiff's voluntary dismissal), Plaintiffs may continue to pursue the Motion and hereby give notice of their intent to do so. *See Matter of Cont'l Illinois Sec. Litig.*, 732 F.2d 1302, 1308 (7th Cir. 1984) ("The public's right to access to judicial records has been characterized as 'fundamental to a democratic state,'" a presumption that "is of constitutional magnitude.") (citing collected cases).

Respectfully submitted,

**JASON SHORE** and **COINABUL, LLC**, individually and on behalf of all others similarly situated,

Dated: May 26, 2016

By: _____
One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin Richman
brichman@edelson.com
Benjamin Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Firm ID: 44146

Todd Logan (admitted *pro hac vice*)
EDELSON PC
329 Bryant Street
San Francisco, California 94107

Tel: 415.234.5260
Fax: 415.373.9495
Firm ID: 44146

## CERTIFICATE OF SERVICE

I, Benjamin S. Thomassen, an attorney, hereby certify that on May 26, 2016, I will serve

the above and foregoing document by causing true and accurate copies of such paper to be

transmitted to the persons shown below by electronic mail.

Michael C. Bruck
*mcb@willmont.com*
Willis Tower
233 S. Wacker, Suite 6100
Chicago, Illinois 60606-6359
WILLIAMS, MONTGOMERY, & JOHN LTD