

**FILED**
**8/12/2016**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JASON SHORE AND COINABUL<br><br>Plaintiffs,<br>v.<br><br>JOHNSON & BELL<br><br>Defendant. | Case No. 2016-cv-04363<br><br>**FILED UNDER SEAL** |

## MOTION TO DIRECT PLAINTIFF TO PROCEED TO ARBITRATION ON AN INDIVIDUAL BASIS AND ENJOIN CLASS ARBITRATIONS

Defendant JOHNSON & BELL LTD., by and through its undersigned counsel, respectfully moves this Court to enter an order directing Plaintiffs JASON SHORE and COINABUL, LLC. to proceed to arbitration on an individual basis with the claims alleged in their two separate class action complaints, and enjoining the class arbitration demands that Plaintiffs filed before JAMS, Inc. on May 31, 2016 and July 12, 2016, pursuant to section 4 of the Federal Arbitration Act, 9 U.S.C. § 4. The grounds for this motion are described in detail in the attached Memorandum to Support Arbitration on an Individual Basis and to Permanently Enjoin Class Arbitration.

Respectfully Submitted,

WILLIAMS MONTGOMERY & JOHN LTD.

By: _____
Attorney for Defendants

Michael C. Bruck
WILLIAMS MONTGOMERY & JOHN LTD.
233 South Wacker Drive - Suite 6100
Chicago, Illinois 60606-6359
mcb@willmont.com
T: (312) 443-3200
F: (312) 630-8500