FILED
9/22/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
PK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JASON SHORE and COINABUL, LLC, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHNSON & BELL, LTD, an Illinois corporation, <br><br> *Defendant*. | Case No.: 16-cv-04363 <br><br> DOCUMENT FILED UNDER SEAL <br><br> Hon. John W. Darrah <br><br> Magistrate Judge Susan E. Cox |

### NOTICE OF MOTION

To: See attached certificate of service.

**PLEASE TAKE NOTICE** that on Wednesday, September 28, 2016 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Susan E. Cox, or any judge sitting in her stead, in Courtroom 1025 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present *Plaintiffs' Motion for Leave to File, Instanter, an Oversized Opposition to Defendant's Motion to Direct Plaintiffs to Proceed to Arbitration on an Individual Basis and Enjoin Class Arbitration*, a true and accurate copy of which has been filed and served upon all counsel of record by email.

Respectfully submitted,

**JASON SHORE** and **COINABUL, LLC**,
individually and on behalf of all others similarly situated,

Dated: September 22, 2016

By: /s/ _____
One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin Richman
brichman@edelson.com
Benjamin Thomassen
bthomassen@edelson.com
EDELSON PC

1

350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Firm ID: 44146

## CERTIFICATE OF SERVICE

I, Benjamin S. Thomassen, an attorney, hereby certify that on September 22, 2016, I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to the persons shown below by electronic mail.

Michael C. Bruck
*mcb@willmont.com*
Willis Tower
233 S. Wacker, Suite 6100
Chicago, Illinois 60606-6359
WILLIAMS, MONTGOMERY, & JOHN LTD

/s/ Benjamin S. Thomassen