

FILED
10/14/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

October 14, 2016

**Via Hand Delivery**

Honorable John W. Darrah
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 1288
Chicago, IL 60604

    Re:    *Suppressed v. Suppressed* (No. 16-cv-04363)

Dear Judge Darrah:

    Enclosed please find a copy of Plaintiffs' Opposition to Defendant's Motion to Direct Plaintiffs to Proceed to Arbitration on an Individual Basis and Enjoin Class Arbitration, which was filed in the above referenced matter on September 22, 2016. Should your Honor require any additional information or have any questions about these materials, please do not hesitate to have a member of your staff contact me directly at (312) 572-7208.

                                    Respectfully submitted,

                                      Ben Thomassen

Chicago | San Francisco