# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JASON SHORE and COINABUL, LLC, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>v.<br><br>JOHNSON & BELL, LTD, an Illinois corporation,<br><br>                 Defendant. | Case No.: 16-cv-04363<br><br>Hon. John W. Darrah<br><br>Magistrate Judge Susan E. Cox |

## STATEMENT REGARDING JANUARY 24, 2017 MINUTE ENTRY

Plaintiffs Jason Shore and Coinabul, LLC ("Plaintiffs") provide the following statement in response to the Court's January 24, 2017 minute entry, where the Court rescheduled a status hearing in this matter, and instructed the parties to conduct a Rule 26(f) conference and file a discovery plan, (dkt. 60):

    1.    Plaintiffs filed their putative class action complaint in this matter on April 15, 2016, which concerned certain data security vulnerabilities affecting Defendant Johnson & Bell's online systems. (Dkt. 8.) At the same time, Plaintiffs also filed motions to temporarily seal the case and for a temporary restraining order. (Dkts. 14, 15.) Shortly after their initial filings, however, Defendant voluntarily addressed and corrected (or otherwise committed to address and correct) all the security vulnerabilities alleged in the complaint, which lead to Plaintiffs' voluntarily withdrawal of their motion for a temporary restraining order. (*See* dkt. 26.)

    2.    On May 5, 2016—and following Johnson & Bell's complete remediation of the security vulnerabilities identified in the complaint—Plaintiff filed a motion to unseal the case file. (Dkt. 30.) The Court granted that motion on December 8, 2016. (Dkts. 55, 56.)

1

3. On May 26, 2016, Plaintiffs voluntarily dismissed, without prejudice, this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)—an act that was effective without further Order of Court. (Dkt. 32.)

WHEREFORE, because this case was dismissed as of May 26, 2016—notwithstanding the two subsequent motions filed by Defendant (*see* dkts. 33, 39)—Plaintiffs respectfully submit that there is no need for the steps identified in the Court's January 24, 2017 minute entry.

Respectfully Submitted,

**JASON SHORE AND COINABUL, LLC**, individually and on behalf of all others similarly situated,

Dated: February 2, 2017    By: /s/ Benjamin S. Thomassen
       One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin Richman
brichman@edelson.com
Benjamin Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

I, Benjamin S. Thomassen, an attorney, hereby certify that on February 2, 2017, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Benjamin S. Thomassen