UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Jason Shore, et al.
                              Plaintiff,

v.                                                Case No.: 1:16–cv–04363
                                                          Honorable John W. Darrah

Johnson & Bell, Ltd.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 22, 2017:

      MINUTE entry before the Honorable John W. Darrah: The Court's 1/24/17 order and all of the requirements are hereby vacated. Status hearing set for 2/28/17 is vacated. Order to follow. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.