**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| Jason Shore, et. al. | ) | Case No: 16 C 4363 |
|  | ) |  |
| v. | ) | Judge: John W. Darrah |
|  | ) |  |
| Johnson & Bell, Ltd. | ) |  |
|  | ) |  |

**ORDER**

For the reasons stated in the attached memorandum opinion and order, Defendant's Motion to Direct Plaintiff to Proceed to Arbitration on an Individual Basis and Enjoin Class Arbitration [39] is granted. Plaintiffs shall proceed to arbitration individually and there is no basis for class arbitration. As Plaintiffs have voluntarily dismissed their case, Defendant's Motion to Dismiss [33] is denied as moot. The civil case is closed. Enter Memorandum Opinion and Order.

Date: 2/22/17                                                                                                /s/ Judge John W. Darrah